**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASCENCION JARAMILLO-MONTOYA,<br><br>　　　　　Defendant. | Case No.: 18-MJ-04279-BLM<br><br>**JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |

Upon motion of the United States of America and good cause appearing, the Information in the above entitled case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: __12/21/2018__.

_Barbara L. Major_ (signature)
HONORABLE BARBARA L. MAJOR
United States Magistrate Judge